UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRENCE CHADWICK,<br><br>                    Plaintiff<br><br>-against-<br><br><br>MERCANTILE ADJUSTMENT BUREAU, LLC,<br><br>                    Defendant | Civil Case No. 1:16-cv-04896-NG-LB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Terrence Chadwick and Mercantile Adjustment Bureau LLC, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.

Dated:  April 14, 2017

| | |
|---|---|
| s/Ari H. Marcus<br>Ari H. Marcus, Esq.<br>Marcus & Zelman, LLC<br>1500 Allaire Avenue, Suite 101<br>Ocean, NJ 07712<br>Attorneys for Plaintiff | s/Aaron R. Easley<br>Aaron R. Easley, Esq.<br>Sessions, Fishman, Nathan & Israel, LLC<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>Attorneys for Defendant |